1  JEFFREY D. WOHL (Cal. State Bar No. 096838)
   JUSTIN M. SCOTT (Cal. State Bar No. 302502)
2  PAUL HASTINGS LLP
3  55 Second Street, 24th Floor
   San Francisco, California 94105-3441
4  Telephone:  (415) 856-7000
   Facsimile:   (415) 856-7100
5  jeffwohl@paulhastings.com
   justinscott@paulhastings.com
6
7  STORY E. CUNNINGHAM (Cal. State Bar No. 301182)
   PAUL HASTINGS LLP
8  515 South Flower Street, 25th Floor
   Los Angeles, California  90071
9  Telephone: (213) 683-6000
   Facsimile:  (213) 627-0705
10 storycunningham@paulhastings.com

11 Attorneys for Defendant
12 Rite Aid Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CURIEL, ADOLFO ESTRADA, DAVID JORDAN, KIMBERLY MONTGOMERY, EDWARD (BRETT) SYNICKY, ROBERT YOUNG, MORENA BASTIEN,<br><br>                Plaintiffs,<br><br>   vs.<br><br>RITE AID CORPORATION, and DOES 1 through 50, Inclusive,<br><br>                Defendants. | NO. 2:16-CV-02712-MWF-JEM<br><br>**ORDER ON<br>STIPULATED PROTECTIVE ORDER**<br><br>Judge:    Hon. Michael W. Fitzgerald |

1  Pursuant to Stipulation, it is so Ordered that the Parties are bound by the Stipulated
2  Protective Order.

4  Dated: December 14, 2016.

*[Signature: John E. McDermott]*
Hon. John E. McDermott
United States Magistrate Judge